**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 96-60871**
**Summary Calendar**

**TIMOTHY DWIGHT LUCIUS,**

**Plaintiff-Appellant,**

**VERSUS**

**TOWN OF TISHOMINGO,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Northern District of Mississippi
(1:96-CV-56)

July 18, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the record itself. For the reasons stated by the district court in its Memorandum Opinion filed December 10, 1996, we AFFIRM the Final Judgment entered by the district court on

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

December 10, 1996, which granted summary judgment in favor of the defendant.

**AFFIRMED.**